IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

JAMES MILLS,                         )
                                     )
                Plaintiff,           )
                                     )
        v.                           )     Case No. 15 C 5037
                                     )
TARRY WILLIAMS and                   )
HEAD OF NURSING,                     )
                                     )
                Defendants.          )

                              **MEMORANDUM ORDER**

    This Court's June 11, 2015 memorandum order ("Order") identified two deficiencies in the submissions by prisoner plaintiff James Mills ("Mills") that precluded his going forward with this proposed 42 U.S.C. § 1983 action until those gaps were filled. Although the Order gave Mills what should have been ample time for that purpose (fully three weeks, to July 2), this Court has allowed still another week to pass before addressing Mills' delinquency -- yet the docket reflects no communication whatever from Mills during the four weeks that have elapsed since entry of the Order.

    Under the circumstances it seems eminently reasonable to find that Mills has evidenced a want of prosecution of his proposed action. This Court accordingly notifies Mills that it will hold off until July 20, but no longer, before ordering dismissal of the Complaint and this action on that ground.

                                           _____
                                           Milton I. Shadur
                                           Senior United States District Judge

Date: July 9, 2015