IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 5037 |
| | ) | |
| TARRY WILLIAMS and | ) | |
| HEAD OF NURSING, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court has received a letter from James Mills ("Mills") [Dkt. No. 9] in which he requests judicial assistance in obtaining the certified trust fund account statements required by 28 U.S.C. § 1915, so that this Court may determine whether to grant Mills' in forma pauperis application [Dkt. No. 3]. This Court orders: (1) that the trust fund officer at the Pontiac Correctional Center send a copy of Mills' certified trust fund statement for the period from December 1 through December 17, 2014 to the Clerk of this District Court; (2) that the trust fund officer at the Cook County Jail send a copy of Mills' certified trust fund statement for the period from March 17 through April 2, 2015 to the Clerk of this District Court and (3) that the trust fund officer at Stateville NRC send a copy of Mills' certified trust fund statement for the period from April 2 through June 1, 2015 to the Clerk of this District Court.

All such trust fund statements shall be mailed to:

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago, Illinois 60604
>
> Attn: Prisoner Correspondent.

To implement this memorandum order the Clerk of this District Court shall send a copy of this order to the trust fund officers at the Pontiac Correctional Center, Cook County Jail and Stateville NRC.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 3, 2015